W. J. BYRNES & CO. (SUEY CHONG CO.) *v.* UNITED STATES

No. 6487.—Invoice dated Papeete, Tahiti, March 1944.
Certified March 1944.
Entered at San Francisco, Calif., April 6, 1945.
Entry No. 2808.

(Decided November 1, 1946)

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

KEEFE, Judge: This appeal for a reappraisement involves the export value of certain hula costumes imported from Papeete, Tahiti. These costumes were invoiced at U. S. $1.20 per set and entered and appraised at U. S. $2 per set.

At the trial it was established without contradiction that the export value of the merchandise was $1.20 per set rather than $2 per set, and that the foreign value thereof was no higher.

In view of the uncontradicted evidence I therefore find that the export value of the merchandise herein at the time of shipment of the merchandise from Papeete, Tahiti, was $1.20 per set. Judgment will therefore be entered accordingly.

GEO. BORGFELDT CORP. ET AL. *v.* UNITED STATES

No. 6488.—Invoices dated Hanley, England, October 1942, etc.
Certified October 1942, etc.
Entered at New York, N. Y., December 30, 1942, etc.
Entry No. 715543/1, etc.

(Decided November 6, 1946)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KEEFE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.